Electronically Filed
3/30/2015 2:59:37 PM
Noe Guerra Jr., District Clerk
Brooks County, Texas
Reviewed By:Vanessa Martinez

CAUSE NO. 11-04-15888-CV

| | | |
|---|---|---|
| HETUL BHAKTA D\B\A BUDGET INN | § | IN THE DISTRICT COURT OF |
| | § | |
| | § | |
| | § | |
| VS | § | BROOKS COUNTY, TEXAS |
| | § | |
| TEXAS DEPARTMENT OF | § | |
| TRASNPORTATION AND | § | |
| BALLENGER CONSTRUCTION | § | |
| COMPANY, INC. | § | 79TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

Plaintiff Hetul Bhakta D\B\A Budget Inn files his notice of appeal of the trial court's

Final Judgment granting of the Texas Department of Transportation's Plea to the Jurisdiction.

Respectfully submitted,

V. GONZALEZ & ASSOCIATES, P.C.
121 North 10th Street
McAllen, Texas 78501
Telephone: (956) 630-3266
Facsimile: (956) 630-0383

By:/s/ Aloysius Peter Thaddeus, Jr.
ALOYSIUS PETER THADDEUS, JR.
State Bar No.19819500
ATTORNEY FOR PLAINTIFF

Notice of Appeal                                                                 Page 1

## CERTIFICATE OF SERVICE

The above and forgoing document has been served on all attorneys of record in accordance with the Texas Rules of Civil Procedure on this the 16th day of March 2015.

*Via Facsimile: (512) 472-3855*
Susan Bonnen
Office of the Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548

VIA FAX: *214) 363-9979*
Steve Snelson
Attorney at Law
Gerstle, Minissale & Snelson, LLP
5005 Greenville Avenue, Suite 200
Dallas, TX 75206

/s/ *Aloysius Peter Thaddeus, Jr.*
ALOYSIUS PETER THADDEUS, JR.

Electronically Filed
3/6/2015 3:53:02 PM
Noe Guerra Jr., District Clerk
Brooks County, Texas
Reviewed By: Vanessa Martinez

CAUSE NO. 11-04-15888-CV

| | | |
|---|---|---|
| HETUL BHAKTA d/b/a BUDGET INN, | § § § | IN THE DISTRICT COURT |
| *Plaintiff,* | § § § | |
| vs. | § § § | 79th JUDICIAL DISTRICT |
| TEXAS DEPARTMENT OF TRANSPORTATION AND BALLENGER CONSTRUCTION COMPANY, INC. | § § § § § § | |
| *Defendant.* | § § | BROOKS COUNTY, TEXAS |

## AGREED FINAL JUDGMENT

On the 9 day of March , 2015 came on to be heard the above styled and numbered cause. Plaintiff, Hetul Bhakta d/b/a Budget Inn appeared by and through his attorney of record Aloysius Peter Thaddeus, Jr. Defendant, Ballenger Construction Company, Inc. ("Ballenger Construction") appeared by and through its attorney of record Steve Snelson. The parties announced they had resolved the disputed matters between them and have agreed on the entry of this judgment. The Texas Department of Transportation did not appear having already been dismissed by the court through an interlocutory Order. After considering the pleadings on file with the Court, the Court finds the following:

1. Pursuant to the agreement between the Plaintiff and Ballenger Construction the Court finds that Plaintiff sustained damages to Plaintiff's motel located in Falfurrias, Brooks County, Texas as a result of multiple flooding incidents arising out of the construction upgrade of U.S. Highway 281\Interstate Highway 69C. As part of the settlement the insurance carrier on behalf of Ballenger Construction agreed to pay for damages to the property that was not paid for through any payment by the Federal Emergency Management Agency ("FEMA"). Under the terms of the settlement agreement the Plaintiff and Ballenger Construction agreed to settle claims for the Plaintiff's alleged losses of: motel rental income; demolition labor costs; loss of furnishings for carpet, beds,

chairs, dressers and other motel furniture that were damaged result of the various flooding events.

2. Therefore, as a result of the settlement between Plaintiff and the payment that has been made on behalf of Ballenger Construction and received by Plaintiff, the Court hearby orders that Plaintiff take nothing from Ballenger Construction.

3. The Court also finds that Plaintiff brought claims of inverse condemnation, nuisance and negligence against the Texas Department of Transportation (TxDOT). Plaintiff alleged that three to four separate flooding events at his Falfurrias motel resulted from actions of the State of Texas acting through TxDOT during the highway reconstruction. Plaintiff further alleged that the manner in which TxDOT conducted the highway reconstruction caused the flooding events which shut down plaintiff's business for long periods of time. Plaintiff lastly alleged that these flooding events constituted a constitutional taking of real property in violation of the Texas State Constitution resulting in inverse condemnation by the State of Texas of the Plaintiffs property. The Court after considering the motion and arguments of counsel, and evidence admitted granted TxDOTs Plea to the Jurisdiction and by interlocutory Order dismissed the Plaintiff's claims against TxDOT. As the interlocutory Order was never severed it will become final once this Agreed Final Judgment is signed by the Court.

4. Therefore, this judgment is final and disposes of all claims and all parties, and is appealable.

SIGNED FOR ENTRY on _____March 9_____, 2015.

_____
JUDGE PRESIDING

**AGREED:**

*Aloysius Peter Thaddeus, Jr.*
ALOYSIUS PETER THADDEUS, JR.
Attorney for the Plaintiff
Co.

*Steve Snelson*
Steve Snelson
Attorney for Ballenger Construction

---

Agreed Final Judgment

Page 2

UNITED STATES POSTAL SERVICE

CORPUS CHRISTI
TX 784 1 T
02 APR 2015 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED APR 0 6 2015

VICENTE GONZALEZ
V. GONZALEZ & ASSOCIATES
121 NORTH TENTH
MC ALLEN, TEXAS 78501

Budget Inn vs. Texas Dept. HCC

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mr. Noe Guerra, Jr.
Brooks County District Clerk
Brooks County Courthouse
P.O. Box 534
Falfurrias, TX 78355

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  □ Agent  □ Addressee

B. Received by (Printed Name)   C. Date of Delivery
APR

D. Is delivery address different from item 1? □ Yes
If YES, enter delivery address below: □ No

3. Service Type
□ Certified Mail   □ Express Mail
□ Registered   □ Return Receipt for Merchandise
□ Insured Mail   □ C.O.D.

4. Restricted Delivery? (Extra Fee)   □ Yes

2. Article Number
(Transfer from service label)
7012 1640 0002 3899 1197

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 6.47 |

Postmark Here

Sent To
Brooks County Courthouse
Street, Apt. No.; or PO Box No. P.O. Box 534
City, State, ZIP+4 Falfurrias, TX 78355

7012 1640 0002 3899 1197

PS Form 3800, August 2006   See Reverse for Instructions

# Re: Hetul Bhakta Appeal

Peter Th

Thu 4/9/2015 4:33 PM

Inbox

To: Vanessa Martinez <vmartinez@co.brooks.tx.us>;

Cc: Hilda Caldwell <Hilda@VGONZALEZLAW.COM>;

Thank you . We will get that check to you as soon as we can.

Aloysius Peter Thaddeus, Jr.
Attorney and Counselor at Law
Law Offices of V. Gonzalez & Associates L.P.
121 North Tenth Street
McAllen, Texas 78501
956.630.3266
956.630.0383

---

**From:** Vanessa Martinez <vmartinez@co.brooks.tx.us>
**Sent:** Thursday, April 9, 2015 4:29 PM
**To:** Peter Th
**Subject:** Hetul Bhakta Appeal

Mr.Thaddeus,

      I'm emailing you to inform you of the cost to prepare the clerk's record. he total cost will be $346.00. If you could please mail us a check to pay for this as soon as possible it would be greatly appreciated. Thank you and if you have any questions please don't hesitate to contact me.

--

Vanessa Martinez,
Brooks County Deputy Clerk
Civil/Criminal Division
P.O. Box 534
100 East Miller
Falfurrias, Texas 78355
(361)325-5604 x 161

Facsimile (361) 325-5679

#4552

4/10/2015

BROOKS COUNTY DISTRICT COURT                                    **346.00

Three Hundred Forty-Six and 00/100******************************************************************************************

BROOKS COUNTY DISTRICT COURT


HETUAL BHAKTA  APPEAL 11-04-15888CV


BROOKS COUNTY DISTRICT COURT                          4/10/2015
                              HETUAL BHAKTA  APPEAL                                    346.00


BUSINESS ACCOUN    HETUAL BHAKTA  APPEAL 11-04-15888CV                       346.00


BROOKS COUNTY DISTRICT COURT                          4/10/2015
                              HETUAL BHAKTA  APPEAL                                    346.00


BUSINESS ACCOUN    HETUAL BHAKTA  APPEAL 11-04-15888CV                       346.00



# The Law Offices of
# V. Gonzalez & Associates, P.C.

121 N. 10th Street
McAllen, Texas 78501
(956) 630-3266 Office
(956) 630-0383 Facsimile

| VICENTE GONZALEZ | ALOYSIUS PETER THADDEUS JR. | PAPE MALICK DJIBA | PEYTON S. KAMPAS |
|---|---|---|---|
| Attorney At Law | Attorney At Law | Attorney At Law | Attorney At Law |
| vgusalaw@yahoo.com | peter@vgonzalezlaw.com | mdjiba@vgonzalezlaw.com | peyton@vgonzalezlaw.com |

March 30, 2015

*Via Certified Mail,*
*Return Receipt Requested #* 70121640000238991197
Mr. Noe Guerra, Jr.
Brooks County District Clerk
Brooks County Courthouse
P.O. Box 534
Falfurrias, TX 78355

Re:    Cause No. 11-04-15888-CV; Hetul Bhakta d/b/a Budget Inn vs. Texas Department of Transportation And Ballenger Construction Company, Inc.; In the 79th Judicial Court of Brooks County, Texas

Dear Mr. Noe Guerra, Jr.:

The Plaintiff Hetul Bhakta d\b\a Budget Inn has filed a notice of interlocutory appeal. Plaintiff requests that the clerk's record be prepared for the appeal. I request the following matters be included:

1)    All petitions of the plaintiff;
2)    All answers of the defendants;
3)    Defendant Texas Department of Transportation's Plea to the Jurisdiction and Amended Plea to the Jurisdiction;
4)    Plaintiff's Response to the Plea to the Jurisdiction and all exhibits attached.
5)    All Court orders granting the Plea to the Jurisdiction;
6)    Plaintiff's Motion for Rehearing and Reconsideration and all exhibits attached;
7)    Response of the Defendant Texas Dept. of Transportation to the Motion for Rehearing and Reconsideration;
8)    All exhibits admitted at the hearing on the Plea to the jurisdiction and the hearing on the motion for reconsideration.

Please let me know the charge for preparing the record and my office will remit to you promptly.

Should you have any questions, please contact our office.

Sincerely yours,

ALOYSIUS PETER THADDEUS, JR.

APT:
cc:

**Via Facsimile: (214) 363-9979**
Steve Snelson
Attorney at Law
Gerstle, Minissale & Snelson, LLP
5005 Greenville Avenue, Suite 200
Dallas, TX 75206
Attorney for Ballenger Construction Company, Inc.

**Via Facsimile: (512) 472-3855**
Susan Bonnen
Office of the Attorney General
Transportation Division
P.O. Box 12548
Austin, Texas 78711-2548